No. 34,531

PAUL POLLOCK (Claimant), *Appellant,* v. VINEGAR HILL ZINC COMPANY (Employer and Self-insurer), *Appellee.*

(99 P. 2d 758)

Opinion filed March 9, 1940.

*Sylvan Bruner, Pete J. Farabi,* both of Pittsburg, and *Joe Henbest,* of Columbus, for the appellant.

*Corbin Shouse,* of Baxter Springs, *John R. Wallace* and *A. C. Wallace,* both of Miami, Okla., for the appellee.

*Per Curiam:* This appeal involves the question of the validity of an *ex parte* order of the compensation commissioner permitting claimant for compensation to change doctors and hospitals. The trial court set aside that part of the award. The appeal presents no material variation in the facts from those stated in *Wolgamott v. Vinegar Hill Zinc Co.,* post, p. 374, 99 P. 2d 755 (this day decided), and it involves precisely the same question of law.

Judgment affirmed.